IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FURRION PROPERTY HOLDING LIMITED, a Hong Kong Limited Company, and FURRION LIMITED, a Hong Kong Limited Company,<br><br>        Plaintiffs,<br><br>vs.<br><br>WAY INTERGLOBAL NETWORK, LLC, an Indiana Limited Liability Company,<br><br>Defendant. | Case No. 3:19-cv-566 |

### DEFENDANT'S N.D. Ind. L.R. 5-4(a)(8) INDEX OF EXHIBITS

In accordance with N.D. Ind. L.R. 5-4(a)(8), below is a brief explanation of each exhibit attached to Plaintiff's Response to Plaintiffs' Motion for Preliminary Injunction.

1. Exhibit 1 consists of a true and correct copy of the Declaration of Wayne Kaylor;

2. Exhibit 2 consists of true and correct copies of Email and Letter Correspondence from Way Interglobal to Furrion;

3. Exhibit 3 consists of a true and correct copy of the Declaration of Mark Dunithan;

4. Exhibit 4 consists of a true and correct copy of a Preliminary Non-Infringement Chart for U.S. Patent No. D839,038;

5. Exhibit 5 consists of a true and correct copy of a Preliminary Non-Infringement Chart for U.S. Patent No. D851,978;

6. Exhibit 6 consists of a true and correct copy of a Preliminary Non-Infringement Chart for U.S. Patent No. D851,979;

7. Exhibit 7 consists of a true and correct copy of a Preliminary Non-Infringement Chart for U.S. Patent No. D851,990;

8. Exhibit 8 consists of a true and correct copy of the Preliminary Invalidity Chart for U.S. Patent No. D851,990; and

9. Exhibit 9 consists of true and correct copies of the Part 573 Safety Recall Reports.

Dated: August 23, 2019

Respectfully submitted,

*/s/ Garrick T. Lankford*
Garrick T. Lankford
glankford@bhlawyers.net
*/s/ Michael D. Marston*
Michael D. Marston
mmarston@bhlawyers.net
**BOTKIN & HALL, LLP**
1003 N. Hickory Road
South Bend, IN 46615
Phone: (574) 234-3900
Facsimile: (574) 236-2839
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on August 23, 2019 which will send notification of such filing to all parties of record.

*/s/ Garrick T. Lankford*
Garrick T. Lankford
glankford@bhlawyers.net
*/s/ Michael D. Marston*
Michael D. Marston
mmarston@bhlawyers.net
**BOTKIN & HALL, LLP**
1003 N. Hickory Road
South Bend, IN 46615
Phone: (574) 234-3900
Facsimile: (574) 236-2839
*Attorneys for Defendant*