# EXHIBIT 8

**Preliminary Invalidity Chart for U.S. Patent No. D851,990[1]**

| Figures from U.S. Patent No. D851,990 | Basis for Invalidity Under Section 112 |
|---|---|
| FIG. 1 and FIG. 3 | Edge (1) is located inward of outermost surface (5) and outermost surface (5) is outward of the location defined by edge (1). The outermost surface (5) is not claimed in FIG. 1. This is inconsistent with FIG. 3 that appears to claim surface (5).<br><br>Edge (3) is inward of surface (5) and edge (3) is claimed in FIG. 1. However, in FIG. 3, edge (3) is not claimed but surface (5) is claimed<br><br>Edges (1) and (2) are connected in FIG. 1 and not connected to edge (3). In FIG. 3, edge (2) is connected to (5). This is more clearly visible in the inset enlarged image surrounded in dashed blue lines. |

1

| Figures from U.S. Patent No. D851,990 | | Basis for Invalidity Under Section 112 |
|---|---|---|
| FIG. 4 | Partial view of FIG. 3 | FIG. 4 shows edge (1) and (3) connected and claimed.<br><br>This contradicts the view in FIG. 3, where edge (5) is claimed.<br><br>Edge (3) does not connect to edge (1) as shown in FIG. 1 above. |
| FIG. 6 | Figure 1 (enlarged) | In FIG. 1, edge (1) is claimed and edge (5) is disclaimed.<br><br>In FIG. 6, edge (1) is disclaimed and edge (5) is claimed. |

2

| Figures from U.S. Patent No. D851,990 | | Basis for Invalidity Under Section 112 |
|---|---|---|
| FIG. 7 | FIG. 1 | No solid line which would claim edge (7) as claimed in FIG. 7 can be seen in FIG. 1. <br><br> Outermost surface (5) is claimed in FIG. 7 but not FIG. 1. |

---

[1] Way Interglobal has not completed its investigation of all facts relating to this case, discovery has not yet begun and the parties have not made expert disclosures. The court has not construed any claim terms. Way Interglobal's analysis contained herein is based on information presently available and specifically known to Way Interglobal. Moreover, certain facts, documents and things now known may be imperfectly understood and as such, may not be included in the chart at this time. Accordingly, Way Interglobal reserves the right to revise, correct, supplement or clarify any of the information provided in the chart as this case proceeds and in accordance with the Federal Rules of Civil Procedure, the Local Rules and Local Patent Rules of the United States District Court for the Northern District of Indiana. Further, Way Interglobal does not represent that the depicted solid lines in the patent drawings constitute the proper claim scope. The parties' respective positions on the construction of various claim elements are not presently known. Accordingly, Way Interglobal's preliminary positions as to the invalidity of Furrion's patent claims shall not be considered to be an admission as to the meaning or proper interpretation of any element of any asserted claim. Way Interglobal reserves the right to assert constructions of any claim term that differs in any respect from a construction that may be inferred from this preliminary disclosure.